**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA   17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

January 12, 2010

Clerk, U.S. Bankruptcy Court

RE: Kelly S. & Ronald M. Dowd
    Bankruptcy Case No.  5-08-51490
    Unclaimed Funds For: NCO Financial
                     PO Box 4275
                     Norcross GA 30091

Dear Clerk:

Enclosed herewith please find check No. 1006064 for $1,050.51 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                    Very truly yours,

                                    /s/ Carol A. Kreider

                                    Carol A. Kreider
                                    Funds Manager

FILED HARRISBURG, PA. 2011 JAN 13 AM 8:04 CLERK U.S. BANKRUPTCY COURT